PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

DEC - 2 2024

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Galveston__ DIVISION

__Robert Caldwell #933046__
Plaintiff's Name and ID Number

__Tex Dept of Corr__
Place of Confinement

CASE NO. __3:24-cv-350__
(Clerk will assign the number)

v. __John Sealy Hospital__
__P.O. Box 48 Sub st 1__
__Galveston, Tex 77550__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ___ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: June 26, 2000
        2. Parties to previous lawsuit:
           Plaintiff(s) Robert Caldwell
           Defendant(s) Bounds
        3. Court: (If federal, name the district; if state, name the county.) Eastern Div. Smith County
        4. Cause number: 6:00-cv-00373
        5. Name of judge to whom case was assigned: ___
        6. Disposition: (Was the case dismissed, appealed, still pending?) Dismiss w/prejudical
        7. Approximate date of disposition: 11-20-2000

Rev. 05/15

2

Previous Lawsuits

A. 1. Have you filed any other lawsuits in State or Federal Court relating to your imprisonment

    ✓ Yes ____ No

B. If your answer to "A" is "Yes" described each lawsuits in the space below. (If there is more than one lawsuit describe the additional on another peice of paper giving the information).

  1. Approximate date filing lawsuit  Sept 19, 2014
  2. Parties to Previous lawsuit
     Defendants  Tx Board of Pardons Parole, "Clemency Dept"
     Plaintiff(s)  Robert Caldwell
  3. Cause number  6:14-cv-00069 LED-KNM
  4. Court (If federal name the district. If state name the county)  Eastern District Smith County
  5. Name of judge to whom case was assigned:  K. Nicole Mitchell
  6. Deposition (Was the case dismissed, appealed, still pending?)  Dismiss without prejudge.
  7. Approximate date of deposition  Oct 27, 2014

2. Previous Lawsuits
  A. Have you filed any other lawsuits in State or Federal Court relating to your imprisonment.

     ✓ Yes ____ No

  B. If your answer to "A" is "Yes" described each lawsuit in the space below. (If there is more than one lawsuit described the additional on another peice of paper giving the information).

  Please note: I don't have none of that information. The suit is Caldwell v. Scott cause number 6:91-cv-657

3. Previous Lawsuits
  A. Have you file any other lawsuit in State or Federal Court relating to your imprisonment.

     ✓ Yes ____ No

B. ~~Previous Lawsuits~~

B If your answer to "A" is Yes described each lawsuit in the space below. (if there is more than one lawsuit described the additional on another peice of paper giving the information

1. Approximate date filing suit: August 26, 2024
2. Parties to Previous Suits
   Plaintiff(s) Robert Caldwell
   Defendants J. Lane co
3. Cause Number 4:24-cv-03201
4. Court (if federal name the district. if state name the County) Southern District of Texas
5. Name the judge to whom case was assigned: None at this time
6. Deposition (Was the case dismissed, appealed, still pending?) Still PENDING
7. Approximate date of deposition  N/A

II. PLACE OF PRESENT CONFINEMENT: J.W. Estelle Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  X YES  ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: ~~John Sealy Hospital~~ Robert Caldwell
~~P.O. Box 48 Sub 1~~ J.W. Estelle 264 FM 3478
Galveston, Tex 77550  Huntsville, Tex 77320

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: John Sealy Hospital (Medical Staffs), P.O. Box 48 Sub 1
Galveston, Tx 77550
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refusing to take out the Digital Monitor that was place there as of June 28, 2023

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

As of June 28, 2023 there was an "Digital Monitor was place w/in my left side of the chest by my heart cause of the multitude of majors and minors strokes that has come upon me. It took 12 minutes to place there and they said it will be monitor continue, it will come out as of in 90 days. Well it still in there over a year and I've been to John Sealy multitude of time seeking this object to be removed.

It hasn't yet been removed nor has none of the medical staff trying to seek medical personal to the adequate solution that needs to be resolved

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$1,000.⁰⁰ per day that this devise hasn't been removed. Temporary Preliminary Injunction against John Sealy. For them to pay all court cost & all other funds that they cause

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

355933 ; 60-_____? 933044

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ___NO

Rev. 05/15

4

## VI RELIEF:

of this Civil Rights Complaint to be filed against them cause me to be inflicted with cruel and unusual Punishment and emotional, anxiety, frustration and physiology mentimally physical Keep me distrubed of regular activity.

    C. Has any court ever warned or notified you that sanctions could be imposed?    \_\_\_ YES  X  NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division): _____

        2. Case number: _____

        3. Approximate date warning was issued: _____

Executed on: _____
            DATE

*Robert Caldwell*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   22   day of   11  , 20  24 .
       (Day)          (month)      (year)

*Robert Caldwell*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15