United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:24-cv-350

ROBERT CALDWELL, TDCJ #00933046, *Plaintiff*,

v.

JOHN SEALY HOSPITAL MEDICAL PROVIDERS, *Defendants*.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge*.

For the reasons stated in the memorandum opinion and order entered this day, this action is dismissed without prejudice.

This is a final judgment.

SIGNED on Galveston Island this  9  day of   December   , 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE